# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 10-390 Judge Nora Barry Fischer |
| VARIOUS MONEY ORDERS, | ) ) | Magistrate Judge Cathy Bissoon |
| Defendants. | ) ) ) | |

## **MEMORANDUM ORDER**

On September 24, 2010, this case was referred to United States Magistrate Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.C and 72.D of the Local Rules for Magistrates.

On March 10, 2011, the magistrate judge issued a Report (Doc. 25) recommending that Plaintiff's Motion to Strike Claim and Answer (Doc. 23) be granted, and that Claimant Rick Chaidez's claim and answer should be dismissed.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this _30th_ day of _March_, 2011, IT IS HEREBY ORDERED that Plaintiff's Motion to Strike Claim and Answer (Doc. 23) is **GRANTED**. Claimant Rick Chaidez's claim and answer are **DISMISSED** and his interest in the Defendant Various Money Orders shall be forfeited to the United States of America.

1

The Report and Recommendation of Magistrate Judge Bissoon dated March 10, 2011 is hereby adopted as the Opinion of the District Court.

*Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

March 30, 2011

cc:

All counsel of record (via CM/ECF e-mail)
Rick Chaidez (via U.S. First-Class Mail)